UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

| | |
|---|---|
| In re | Chapter 11 |
| RIVER CENTER HOLDINGS, LLC | No.: 01-11004 through 01-11006 (REG) |
| Debtor. | (jointly administered) |

-------------------------------------X

## CONFIDENTIAL-SUBJECT TO BANKRUPTCY COURT ORDER

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO A SO-ORDERED STIPULATION OF THE BANKRUPTCY COURT, DATED JANUARY 24, 2005 (DOCUMENT NO.: 315) DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.